# Court of Appeals
# of the State of Georgia

ATLANTA, __December 15, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A2179.  CHAWANDA MARTIN v. CITY OF COLLEGE PARK, GEORGIA, et al.**

Chawanda Martin filed suit against the City of College Park and certain city officials, seeking, inter alia, a writ of quo warranto as to the individual defendants' right to hold their offices.  The trial court granted summary judgment to the defendants and dismissed as moot Martin's petition for a writ of quo warranto. Martin then filed this appeal. It appears, however, that jurisdiction may be proper in the Supreme Court.

The Supreme Court has exclusive appellate jurisdiction of all cases involving extraordinary remedies. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). "[A]n extraordinary remedy within the meaning of the Constitution . . . contemplates such proceedings as mandamus, prohibition, and quo warranto." *Felton v. Chandler*, 201 Ga. 347 (3) (39 SE2d 654) (1946); see also *Richardson v. Phillips*, 285 Ga. 385 (677 SE2d 117) (2009) (Supreme Court has jurisdiction over cases where quo warranto is an appropriate form of relief).

The ultimate responsibility for construing constitutional provisions regarding appellate jurisdiction rests with the Supreme Court.  See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  In deference to the Supreme Court's jurisdiction, this appeal is hereby TRANSFERRED to the Supreme Court for disposition



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* 12/15/2015

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*